United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OSAIC WEALTH INC.,

Plaintiff,

v.

MICHAEL RICCI,

Defendant.

Case No. 25-cv-06906-AMO

**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

Re: Dkt. No. 21

Plaintiff filed this lawsuit on August 14, 2025. Dkt. No. 1. After the Court denied Plaintiff's motion for temporary restraining order and vacated the hearing on Plaintiff's preliminary injunction for failure to effectuate service, Dkt. Nos. 10 & 13, the Court ordered Plaintiff to show cause why the case should not face dismissal for lack of prosecution on November 14, 2025. Dkt. No. 17. Plaintiff responded to the order to show cause, and the Court set a deadline of December 18, 2025, to effectuate service. Dkt. No. 19. Plaintiff purportedly served Defendant via first class mail. Dkt. Nos. 20 & 21. Since then, there has been no activity on the docket from the parties – neither any effort to advance the case by Plaintiff nor any responsive pleading by Defendant.

The Court earlier clarified that the order to show cause for failure to prosecute was not discharged. Dkt. No. 19. Despite an earlier, timely response to the Court's order, Plaintiff's subsequent inaction on the docket, lasting for over eight months, reifies the failure to prosecute. Accordingly, the Court again ORDERS Plaintiff to show cause why this action should not be dismissed for lack of prosecution. Plaintiff's written response shall be submitted by no later than

//

//

United States District Court
Northern District of California

noon on August 14, 2026. Failure to respond by the deadline will result in dismissal without prejudice and without further notice.

**IT IS SO ORDERED.**

Dated: August 6, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**